UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| In re: | |
|---|---|
| Stacy Lavell Foster, | Case No. 23-10003-JCO-13 |
| Debtor. | |

**<u>UNITED STATES' PETITION TO WITHDRAW UNCLAIMED FUNDS</u>**

The United States of America, by and through the United States Attorney for the Southern District of Alabama, Sean P. Costello, petitions the Court pursuant to 28 U.S.C. § 2042 for an order directing payment of unclaimed funds in the amount of $38,683.06 to the Internal Revenue Service and states as follows:

1. Debtor filed her voluntary chapter 13 petition on January 3, 2023. [Doc. 1].

2. On March 1, 2023, the IRS filed a proof of claim in this case for a total debt of $372,978.51 with $105,032 being secured and $222,797.80 being priority. [Claim No. 8-1].

3. Debtor's bankruptcy was subsequently dismissed for failure to make plan payments on September 8, 2023.

4. Between January 30, 2024, and March 25, 2024, the Chapter 13 Trustee transmitted to the Clerk of the Bankruptcy Court unclaimed funds in the amount of $38,683.06. [Doc. 60, 67, and 69].

5. The IRS's valid tax lien against Debtor Stacey Foster remain in full force and effect and the entire amount in the above-mentioned claim remains due and owing. [Claim No. 8-1, pp. 6-7]. The scope of the federal tax lien is all encompassing. A federal tax lien attaches to all of the tax debtor's property and right to property, both real and personal, on assessment of the

tax. 26 U.S.C. § 6321. Thus, the United States' rights to the unclaimed funds are superior to Debtor's.

6. Under 28 U.S.C. § 2042, "No money deposited under section 2041 of this title shall be withdrawn except by order of court." 28 U.S.C. § 2042. Further, "Any claimant entitled to any such money may, on petition to the court and upon notice to the United States attorney and full proof of the right thereto, obtain an order directing payment to him." *Id.*

7. In this instance, the United States pursues the unclaimed funds utilizing the vehicle authorized under 28 U.S.C. § 2042. While the United States reserves its authority to levy the funds pursuant to 26 U.S.C. § 6331(a), that process raises questions about the Clerk of Court's obligation to honor such a levy, and any such dispute would more properly lie in the District Court. *In re Gonzalez*, No. 91-04971(SEK), 2003 Bankr. LEXIS 1584 at *8 (Bankr. D.P.R. Nov. 5, 2003) ("[O]ur role is limited to proposing a ruling to the District Court in this non-core matter.").

8. "Courts determining the right to claim ownership of such funds on deposit require a clear showing that the claimant is entitled to the funds and have held that funds on deposit with the court may only be distributed to their 'rightful owner' and 'only the creditor to whom distribution was to be made is the rightful owner of the unclaimed funds.' " *In re Ramirez*, No. 10-23330, 2022 Bankr. LEXIS 128, at *4 (Bankr. N.D. Ind. Jan. 11, 2022) (citing *In re Montalvo*, 2010 Bankr. LEXIS 4536, 2010 WL 5072120, at *2; *In re Rush Hampton Indus., Inc.*, 379 B.R. 192, 193 (Bankr. M.D. Fla. 2007); and *In re Application for Unclaimed Funds*, 341 B.R. 65, 69 (Bankr. N.D. Ga. 2005)).

Based on the foregoing, the United States respectfully petitions the Court for an order pursuant to 28 U.S.C. § 2042 directing payment of the unclaimed funds in the amount of $38,683.06 (plus any accrued interest) to the IRS.

> Respectfully submitted,
>
> SEAN P. COSTELLO
> UNITED STATES ATTORNEY
>
> By: *s/Keith A. Jones*
> Keith A. Jones
> Assistant United States Attorneys
> 63 South Royal Street, Suite 600
> Mobile, Alabama 36602
> Telephone: (251) 415-7206
> keith.jones2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 1, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and I further certify that on that day a copy of the same was sent via first-class United States mail, sufficient postage pre-paid and properly affixed, and properly addressed to Debtor at his/her last known address:

Stacy Lavell Foster
8303 Walerga Rd Apt 53
Antelope, CA 95843

> *s/Keith A. Jones*
> Keith A. Jones
> Assistant United States Attorney